1  TIM ANDERSON
2  200 SANDESTIN LANE #1401
3  MIRAMAR BEACH, FL 32550

3:17cv954-MCR/CJK

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

DECEMBER 22, 2017

Attention Clerk of Court:
Please Mail Case Number
And Plaintiff will mail
back certificate of
service when the notifying
the defendant.

**Plaintiffs,**

TIM ANDERSON

VS.

**Defendant,**

TWILIO
**375 Beale Street, Suite 300**
**San Francisco, CA 94105**

**COMPLAINT AND MOTION FOR COMPENSATORY DAMAGES**

**MOTION TO REPRESENT SELF PRO SE AS PAUPER**

BEFORE THE HONORABLE
Charles J. Kahn, Jr.

*[signature]*

Tim Anderson

**MOTION FOR COMPENSATORY DAMAGES**

1

I. **INTRODUCTION**

Twilio.com is the application program interface (API) that "uber" and "lyft" use to communicate to passengers by text messages needing hired autos using their mobile applications.

It also handles their text confirmation during the sign-up procedure. Riders and Drivers can text and call one another using twilio integrations.

For several years, Twilio advertised "uber" in the showcase of successful clients publicly on their website.

Twilio.com acceptable use policy states that facilitating the violation of any local or foreign law is unacceptable.

Uber & Lyft have absolutely been found facilitating several local law infractions globally.

The burden of proof can be downloaded from pacer:
Case 5:15CV152-MP-CJK
Case 3:17 cv878-RV/CJK

On May 24, 2015, a cease and desist letter was sent to Jeff Lawson, CEO of Twilio Inc. from Tim Anderson of Surfside Taxi of Destin for violating acceptable use policy by allowing lyft and uber to facilitate organized civil disobedience using the uber and lyft applications on the twilio platform.

**MOTION FOR COMPENSATARY DAMAGES**

2

On May 25, 2015 an email response was received from the legal department at Twilio. A line of communication was established with Emerald Maravilla via email.

Failure to interrupt Uber and Lyfts service caused the plaintiff to lose about $100,000 in 2 years of taxi income since they began targeting the Northern District.

To Be reasonable, he is suing all the APIS involved, and therefore, is seeking compensatory damages in the amount of $25,000 for his income loss at this time.

**MOTION FOR COMPENSATARY DAMAGES**

3

I. **PARTIES**

   **PLAINTIFF,**

   **TIM ANDERSON**

   **DEFENDANT,**

   **TWILIO.COM, An INTERNET TELECOMMUNICATIONS COMPANY HEADQUARTED IN SAN FRANCISCO**

II. **JURISDICTIONS**

   **DEFENDANTS COMPANY PROVIDES SERVICES TO UBER AND LYFT IN THE NORTHERN DISTRICT OF FLORIDA, WHEREFORE, THE PLAINTIFF HAS SUFFERED TOTAL LOSS OF TAXI INCOME AS RESULT**

III. **MOTION FOR COMPENSATARY DAMAGES**

   The plaintiff seeks lost income amount in controversy of $25,000, of which he requests treble damages(3x) to develop a taxi platform to create fair competition in the taxi marketplace. He is planning on using twilio in compliance with their acceptable use policy in the future.

MOTION FOR COMPENSATARY DAMAGES

IV. **MOTION TO REPRESENT SELF**
**PRO-SE GENERAL IN FORMA PAUPERIS**

**COMES NOW**, PLAINTIFF, TIM ANDERSON prays this court <u>**allows pro se representation as a pauper.**</u>

**The plaintiff owns a broke down 97 Mercury Grand Marquis with the Vin Registered as Taxi in the State of Florida.**

The Plaintiff owns no land or property.

The Plaintiff has exhausted his savings.

The Plaintiff is behind on rent to landlord.

The Plaintiff has maxed out His credit cards.

The plaintiff has less than $500 in all his bank accounts. The Signed Declaration of current financial status was hand delivered to the court on Dec 7. 2017 when he filed class action case vs uber for CASE Number 3:17 cv878-RV/CJK

**RESPECTFULLY SUBMITTED,**

*[signature]*

**TIM ANDERSON**
**tim.anderson@hightower.club**

MOTION FOR COMPENSATARY DAMAGES

5

