UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIM ANDERSON,

    Plaintiff,

v.                                          Case No. 3:17cv954-MCR-CJK

TWILIO,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

On May 8, the undersigned entered an order (doc. 8) finding plaintiff's complaint sufficient to alert the defendant to the nature and basis of plaintiff's claims and directing the clerk to provide plaintiff with a prepared Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis) form for the defendant. The undersigned advised that, upon receipt of the signed Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis) form, the court would direct the United States Marshals Service to serve the defendant. The undersigned allowed plaintiff **twenty-one (21) days** in which to sign

Page 2 of 3

and return to the clerk the Notice of a Lawsuit and Request to Waive Service of a Summons (For Use by Prisoners and Pro Se Plaintiffs Proceeding In Forma Pauperis) form and advised that failure to comply with the order as instructed would result in a recommendation that the case be dismissed for failure to prosecute and/or failure to comply with an order of the court.

After more than 21 days passed and plaintiff had failed to comply, the undersigned entered an order (doc. 9) allowing plaintiff 14 days in which to show cause why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. Plaintiff did not respond to the show cause order.[1] Accordingly, it is respectfully RECOMMENDED:

1. That this action be DISMISSED WITHOUT PREJUDICE for failure to prosecute and/or failure to comply with an order of the court.

2. That all pending motions be DENIED as moot.

3. That the clerk be directed to close the file.

---

[1] Plaintiff did, however, notify the court of a change of address and advise that he currently is confined in the Okaloosa County Jail. On July 26, 2018, plaintiff was arrested for first-degree premeditated murder and petit larceny in connection with the death of an Uber driver in Okaloosa County, Florida. *See* http://www3.co.okaloosa.fl.us/ArchonixXJailPublic/DetailPages/InmateDetails.aspx?ReferenceID=7899&InmateID=159143. Plaintiff pled not guilty to the charges and remains in jail without bond.

Case No. 3:17cv954-MCR-CJK

At Pensacola, Florida, this 21st day of August, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.** <u>**Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**</u> **A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:17cv954-MCR-CJK