**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**TIM ANDERSON,**

       **Plaintiff,**

**v.**                             **CASE NO. 3:17cv954-MCR-CJK**

**TWILIO,**

       **Defendant.**

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and
Recommendation dated August 21, 2018.  ECF No. 11.  The parties have been
furnished a copy of the Report and Recommendation and have been afforded an
opportunity to file objections pursuant to Title 28, United States Code, Section
636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections
thereto timely filed, I have determined the Report and Recommendation should be
adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute and/or failure to comply with an order of the court.

3.      All pending motions are DENIED as moot.

4.      The clerk shall close the file.

**DONE AND ORDERED** this 19th day of September 2018.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**